UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAJAJ GAS AND CONVENIENCE, INC., and
RANJIT SINGH,

                 Plaintiffs,

-against-

BP PRODUCTS NORTH AMERICA INC.,

                 Defendant.

**ORDER**

24-CV-04849 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared by telephone today for a conference in connection with Plaintiffs' requested Order to Show Cause with Temporary Restraining Order (Doc. 10).

    For the reasons stated on the record and law cited therein, the Court granted the temporary relief sought. The Order to Show Cause will be separately docketed in accordance with the Court's rulings on the record.

    With respect to the issue of venue raised during the conference, as discussed, Defendant is directed to file a letter-motion limited to five double-spaced pages in length setting forth its position as to transfer of venue by July 12, 2024 and Plaintiffs' response shall be filed by July 19, 2024. The parties are reminded of the Court's rules concerning construction of such pre-motion letters as the motion itself (*see* Individual Practices Rule 2(C)).

    The pending requests to seal (Doc. 4, Doc. 12) are provisionally granted. The parties are directed to review the Court's Individual Practices and ECF Rules concerning the proper procedure for sealing, and shall meet and confer to agree on appropriate, narrowly-tailored redactions to the documents they seek to seal. The documents for which the parties have requested sealing (Doc. 6, Doc. 7, Doc. 13) will be, at this time, provisionally sealed. Upon re-filing in accordance with the

rules, those provisionally sealed documents will be stricken from the record such that the documents which are to be publicly visible will be filed with agreed-upon redactions and the unredacted versions will be maintained under seal.

The Court is separately docketing an Order referring the parties to the assigned Magistrate Judge for settlement. The parties are directed to immediately commence discovery and exchange all documents material and necessary to the pending motion for preliminary injunction.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motions (Doc. 4, Doc. 6, Doc. 7, Doc. 10, Doc. 12, Doc. 13).

SO ORDERED.

Dated: White Plains, New York
       June 28, 2024

_____
Philip M. Halpern
United States District Judge