UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAJAJ GAS AND CONVENIENCE, INC., and RANJIT SINGH, <br><br> Plaintiffs, <br><br> vs. <br><br> BP PRODUCTS NORTH AMERICA INC., <br><br> Defendant. | 7:24-cv-04849-PMH |

## [PROPOSED] ORDER TO SEAL

IT IS HEREBY ORDERED that, upon a finding of good cause, Defendant BP Products North America Inc.'s Motion to Seal the redactions identified in Exhibits B and G to its Opposition to Motion for Preliminary Injunction is granted.

The Clerk of Court is respectfully directed to terminate the motion sequences pending at Docs. 24-25.

ENTERED:  July 8 , 2024

White Plains, New York

_____
Hon. Philip M. Halpern
United States District Judge